IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDGE GAMES, INC., a California corporation,

    Plaintiff,

  v.

ELECTRONIC ARTS INC., a Delaware corporation,

    Defendant.

No. C 10-02614 WHA

**ORDER REGARDING PRELIMINARY INJUNCTION HEARING**

On August 20, 2010, plaintiff Edge Games, Inc. filed a motion for a preliminary injunction in this trademark dispute with a hearing noticed for September 23 (Dkt. No. 16). On the normal 35-day motion calendar, however, the hearing date should have been noticed for September 30. Plaintiff shall re-notice the hearing date in accordance with the local rules.

**IT IS SO ORDERED.**

Dated: August 23, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE