IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGE GAMES, INC., a California corporation, | No. C 10-02614 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING MOTION TO EXTEND TIME** |
| ELECTRONIC ARTS INC., a Delaware corporation, | |
| Defendant. | |

Plaintiff shall file an opposition or statement of non-opposition to defendants' pending motion to extend time (due to its late filings related to the pending preliminary injunction motion) **BY NOON ON SEPTEMBER 14**. If no response is filed, the motion to extend time will be granted.

**IT IS SO ORDERED.**

Dated: September 13, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE