THE LANIER LAW FIRM, P.C.
Christopher D. Banys   SBN: 230038
Daniel M. Shafer        SBN: 244839
cdb@lanerlawfirm.com
dms@lanierlawfirm.com
2200 Geng Road, Suite 200
Palo Alto, CA  94303
Telephone:    (650) 322-9100
Facsimile:     (650) 322-9103

Attorneys for Plaintiff
EDGE GAMES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDGE GAMES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELECTRONIC ARTS INC., <br><br> Defendant. | Case No. 3:10-CV-02614 WHA <br><br> [~~PROPOSED~~] ORDER RESETTING DATE OF INITIAL CASE MANAGEMENT CONFERENCE |
| ELECTRONIC ARTS INC., and EA DIGITAL ILLUSIONS CE AB, <br><br> Counterclaimants, <br><br> v. <br><br> EDGE GAMES, INC., and THE EDGE INTERACTIVE MEDIA, INC., <br><br> Counterdefendants. | |

The Court, having considered the Stipulation to Continue Date of Initial Case Management Conference, which requests that the Initial Case Management Conference and the hearing on Plaintiff Edge Games' Motion for Preliminary Injunction be consolidated on a single

1  date, finds that good cause exists to grant the requested continuance.

2  THEREFORE IT IS HEREBY ORDERED THAT:

3  (1) The Initial Case Management Conference, currently scheduled for September 16,
4  2010 at 11:00 a.m., shall be reset to September 30, 2010 at 8:00 a.m.
5  (2) The last day to file the Rule 26(f) Report, complete initial disclosures or state
6  objection in Rule 26(f) Report, and file Case Management Statement per the
7  Standing Order on Contents of Joint Case Management Statement, shall be reset to
8  September 23, 2010.

9  IT IS SO ORDERED.

11  DATED: September 14, 2010.

        _____
        HON. WILLIAM H. ALSUP
        United States District Judge