1  Christopher D. Banys  (230038)
2  Daniel M. Shafer       (244839)
   cdb@lanerlawfirm.com
3  dms@lanierlawfirm.com
   THE LANIER LAW FIRM, P.C.
4  2200 Geng Road, Suite 200
   Palo Alto, CA  94303
5  Telephone:    (650) 322-9100
   Facsimile:    (650) 322-9103
6
7  Attorneys for Plaintiff
   EDGE GAMES, INC.
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11

| | |
|---|---|
| EDGE GAMES, INC., a California corporation, | Case No. 3:10-CV-02614 WHA |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| ELECTRONIC ARTS, INC., a Delaware corporation, | |
| Defendant | |
| ELECTRONIC ARTS, INC., a Delaware corporation, and EA DIGITAL ILLUSIONS CE AB, a Swedish corporation, | |
| Counterclaimants, | |
| v. | |
| EDGE GAMES, INC., a California corporation, and THE EDGE INTERACTIVE MEDIA, INC., a California corporation, | |
| Counterdefendants. | |

[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION

1                          CASE NO: 3:10-CV-02614 WHA

1   The Court, having considered the Stipulation for Extension of Time to File Reply to
2   Opposition to Motion for Preliminary Injunction, and having considered that the time
3   modification will not have any effect on the schedule for this case, finds that good cause exists to
4   grant the requested Stipulation.

5   THEREFORE IT IS HEREBY ORDERED THAT:

6   The time for Plaintiff to file its reply to Defendants' Opposition to Motion for Preliminary
7   Injunction shall be extended to September 17, 2010.

9   IT IS SO ORDERED.

11  DATED: September 21, 2010.

    _____
    Hon. William H. Alsup
    United States District Judge

28  [PROPOSED] ORDER GRANTING
    STIPULATION FOR EXTENSION OF TIME TO
    FILE REPLY TO OPPOSITION TO MOTION          2                    CASE NO: 3:10-CV-02614 WHA
    FOR PRELIMINARY INJUNCTION