Christopher D. Banys (230038)
Daniel M. Shafer (244839)
cdb@lanierlawfirm.com
dms@lanierlawfirm.com
THE LANIER LAW FIRM, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone: (650) 322-9100
Facsimile: (650) 322-9103

Attorneys for Plaintiff,
EDGE GAMES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDGE GAMES, INC., a California corporation,<br><br>    Plaintiff,<br>v.<br><br>ELECTRONIC ARTS INC. a Delaware corporation,<br><br>    Defendant. | Case No. 3:10-CV-02614-WHA<br><br>**APPLICATION AND [PROPOSED] ORDER FOR ELECTRONIC EQUIPMENT TO BE BROUGHT INTO THE FEDERAL BUILDING**<br><br>Date: September 30, 2010<br>Time: 2:00 p.m.<br>Judge: Hon. William Alsup<br>Location: Courtroom 9, 19th Floor |
| ELECTRONIC ARTS INC. a Delaware corporation, and EA DIGITAL ILLUSIONS CE AB, a Swedish corporation,<br><br>    Counterclaimants,<br>v.<br><br>EDGE GAMES, INC., a California corporation, and THE EDGE INTERACTIVE MEDIA, INC., a California corporation,<br><br>    Counterdefendants. | |
| EDGE GAMES, INC., a California corporation,<br><br>    Counter-Counterclaimant,<br>v.<br><br>EA DIGITAL ILLUSIONS CE AB, a Swedish corporation,<br><br>    Counter-Counterdefendant. | |

[PROPOSED] ORDER FOR ELECTRONIC EQUIP. TO BE BROUGHT INTO THE FEDERAL BUILDING

CASE NO.: 3:10-CV-02614 WHA

1   Plaintiff Edge Games, Inc. ("Edge") hereby requests an order allowing its attorneys, Christopher D. Banys and Daniel M. Shafer, to bring electronic equipment into the Federal Building located at 450 Golden Gate Avenue, San Francisco, California, on September 30, 2010, for Edge's Preliminary Injunction hearing scheduled for 2:00 p.m.  Edge requests an order to bring into the Federal Building the electronic equipment consisting of:

- One Optima LCD Projector, Model No. EP 739;
- One 10-foot collapsible projector screen; and
- Three Apple MacBook Pros, Model No. A1278.

Dated: September 28, 2010        Respectfully submitted,

By: */s/ Daniel M. Shafer*
Daniel M. Shafer
The Lanier Law Firm, P.C.
2200 Geng Road, Suite 200
Palo Alto, CA  94303
Tel:  (650) 332-9100
Fax:  (650) 322-9103
cdb@lanierlawfirm.com

Attorneys for Plaintiff,
EDGE GAMES, INC.

IT IS SO ORDERED

Dated: September 29, 2010.

HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

**  **A jury trial will be in session until 1 P.M. on the day of the hearing.  Counsel shall ensure that the equipment setup does NOT disturb the trial proceedings.**

[PROPOSED] ORDER FOR ELECTRONIC EQUIP. TO BE BROUGHT INTO THE FEDERAL BUILDING   1   CASE NO.:  3:10-CV-02614 WHA