United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDGE GAMES, INC., a California
corporation,

        Plaintiff,

  v.

ELECTRONIC ARTS, INC., a Delaware
corporation,

        Defendant.

_____/

AND RELATED COUNTERCLAIMS.

_____/

No. C 10-02614 WHA

**ORDER REGARDING
DEPOSITIONS PERTAINING
TO FRAUD ALLEGATIONS**

      To ensure fairness to both sides, defendant Electronic Arts, Inc. shall make available for depositions next week any declarants — including counsel — whose sworn statements were relied upon to support its allegations of fraud on the United States Patent and Trademark Office by plaintiff Edge Games, Inc. and Dr. Tim Langdell.  As with Dr. Langdell's deposition this week, these depositions would be limited to the alleged misrepresentations made to the USPTO regarding the asserted marks herein.

      **IT IS SO ORDERED.**

Dated:  October 4, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE