Christopher D. Banys (230038)
Daniel M. Shafer    (244839)
cdb@lanierlawfirm.com
dms@lanierlawfirm.com
THE LANIER LAW FIRM, P.C.
2200 Geng Road, Suite 200
Palo Alto, California 94303
Telephone:  (650) 322-9100
Facsimile:   (650) 322-9103

Attorneys for Plaintiff,
EDGE GAMES, INC., and
Counterdefendant, THE EDGE
INTERACTIVE MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDGE GAMES, INC., a California corporation, | Case No.  3:10-CV-02614-WHA |
| Plaintiff, | **CERTIFICATION REGARDING EVIDENCE PRESERVATION** |
| v. | |
| ELECTRONIC ARTS INC. a Delaware corporation, | |
| Defendant. | |
| AND RELATED CROSS-ACTIONS | |

In response to the Court's Order Regarding Evidence Preservation and Denying Defendant's Motion to Bifurcate Discovery (Dkt. No. 68), Plaintiff Edge Games, Inc. and Counterdefendant The Edge Interactive Media, Inc., attach hereto the Declaration of Dr. Tim Langdell Regarding Evidence Preservation.

Dated: October 5, 2010

Respectfully submitted,

By: */s/ Daniel M. Shafer*
    Christopher D. Banys
    Daniel M. Shafer
    The Lanier Law Firm, P.C.
    2200 Geng Road, Suite 200
    Palo Alto, CA  94303
    Tel:  (650) 332-9100
    Fax:  (650) 322-9103
    cdb@lanierlawfirm.com
    dms@lanierlawfirm.com

    Attorneys for Plaintiff,
    EDGE GAMES, INC., and Counterdefendant
    THE EDGE INTERACTIVE MEDIA, INC.

CERTIFICATION REGARDING EVIDENCE PRESERVATION     1     CASE NO.:  3:10-CV-02614 WHA

1  Christopher D. Banys (230038)
   Daniel M. Shafer     (244839)
2  cdb@lanierlawfirm.com
   dms@lanierlawfirm.com
3  THE LANIER LAW FIRM, P.C.
   2200 Geng Road, Suite 200
4  Palo Alto, California 94303
   Telephone:  (650) 322-9100
5  Facsimile:   (650) 322-9103

6  Attorneys for Plaintiff,
   EDGE GAMES, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

| EDGE GAMES, INC., a California corporation, | Case No.  3:10-CV-02614-WHA |
|---|---|
| Plaintiff, | **DECLARATION OF DR. TIM LANGDELL RE EVIDENCE PRESERVATION** |
| v. | |
| ELECTRONIC ARTS INC. a Delaware corporation, | |
| Defendant. | |
| AND RELATED CROSS-ACTIONS | |

DECLARATION OF DR. TIM LANGDELL RE
EVIDENCE PRESERVATION                              CASE NO.:  3:10-CV-02614 WHA

I, Dr. Tim Langdell, declare:

1. I am the Chief Executive Officer of Plaintiff Edge Games, Inc. ("Edge"), and Counterdefendant The Edge Interactive Media, Inc. ("EIM"), both of Pasadena, California. I have personal knowledge of the facts set forth herein except where otherwise stated, and if called and sworn as a witness, I could and would testify competently thereto.

2. In response to the Court's Order Regarding Evidence Preservation and Denying Defendant's Motion to Bifurcate Discovery (Dkt. No. 68) ("Court's Order"), I hereby certify that Edge and EIM have preserved any and all evidence in their possession, custody or control, both digital and tangible, of the letters and emails used to communicate between the parties in this litigation (including communications leading up to this litigation).

3. Also in response the Court's Order, I hereby certify that Edge and EIM have preserved any and all evidence, digital or tangible, in their possession, custody or control pertaining to the trademark applications Edge and/or EIM submitted to the USPTO, including specimens submitted with those applications.

4. To further preserve this evidence, I am in the process of immediately making backups of hard drives containing digital evidence relating to any and all requests in the Court's Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of October, 2010, in Pasadena, California.

By: _____
Dr. Tim Langdell

DECLARATION OF DR. TIM LANGDELL RE EVIDENCE PRESERVATION     1     CASE NO.: 3:10-CV-02614 WHA