United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGE GAMES, INC., a California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>ELECTRONIC ARTS, INC., a Delaware corporation,<br><br>        Defendant.<br>                                      /<br>AND RELATED COUNTERCLAIMS AND COUNTER-COUNTERCLAIMS.<br>                                      / | No. C 10-02614 WHA<br><br>**ORDER APPROVING THE PARTIES' STIPULATION REGARDING THE DISPOSITION OF CLAIMS AND PROPOSED JUDGMENT SUBJECT TO STATED CONDITIONS** |

      The undersigned judge will approve the parties' stipulation regarding the disposition of all claims in this action and will enter the proposed judgment *subject to the following conditions*:

      1.     The Clerk of the Court shall send a copy of the order denying plaintiff's motion for a preliminary injunction along with a copy of the final judgment to the Commissioner of the Patent and Trademark Office.

      2.     Plaintiff shall notify all persons and entities with whom a licensing agreement has been obtained involving the trademarks asserted herein that the marks have been cancelled and provide these persons and entities with a copy of the order denying plaintiff's motion for a

1 preliminary injunction and the final judgment. Plaintiff shall certify to the Court in a sworn
2 declaration **BY NOON ON FRIDAY, OCTOBER 15, 2010**, that such notice has been provided to all
3 such licensees.
4     Subject to the stated conditions, the parties' stipulation regarding the disposition of all
5 claims, counterclaims, and counter-counterclaims in this action is **APPROVED**. Final judgment
6 will be entered accordingly.

**IT IS SO ORDERED.**

Dated: October 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE