1  Christopher D. Banys (230038)
   Daniel M. Shafer     (244839)
2  cdb@lanierlawfirm.com
   dms@lanierlawfirm.com
3  THE LANIER LAW FIRM, P.C.
   2200 Geng Road, Suite 200
4  Palo Alto, California 94303
   Telephone:  (650) 322-9100
5  Facsimile:   (650) 322-9103

6  Attorneys for Plaintiff,
   EDGE GAMES, INC.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | EDGE GAMES, INC., a California corporation, | Case No.  3:10-CV-02614-WHA |
   |---|---|
13 | Plaintiff, | **CERTIFICATION OF PLAINTIFF EDGE GAMES, INC., REGARDING NOTICE TO LICENSEES** |
   | v. | |
14 | ELECTRONIC ARTS INC. a Delaware corporation, | |
15 | Defendant. | |
16 | | |
17 | | |
18 | AND RELATED COUNTERCLAIMS AND COUNTER-COUNTERCLAIMS | |

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF PLAINTIFF EDGE GAMES,                              CASE NO.:  3:10-CV-02614 WHA
INC., REGARDING NOTICE TO LICENSEES

**CERTIFICATION OF NOTICE TO LICENSEES**

I, Dr. Tim Langdell, declare:

1. I am the Chief Executive Officer of Plaintiff Edge Games, Inc. ("Edge"). I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. In response to the Order Approving the Parties' Stipulation Regarding the Disposition of Claims and Proposed Judgment Subject to Stated Conditions (Dkt. No. 77), I hereby certify that Edge (1) has provided notice to all persons and entities having a licensing agreement with Edge involving the trademarks asserted in this action that the registrations for said marks have been cancelled; and (2) has further provided such persons and entities with copies of (a) this Court's order denying Edge's motion for preliminary injunction (Dkt. No. 67), and (b) the Final Judgment entered in this matter (Dkt. No. 78).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of October, 2010, in Pasadena, California.

By: _____
Dr. Tim Langdell

CERTIFICATION OF PLAINTIFF EDGE GAMES, INC., REGARDING NOTICE TO LICENSEES     1     CASE NO.: 3:10-CV-02614 WHA